1  J.M. IRIGOYEN, #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5  Attorney for Defendant
   JOSE MARIA VALENCIA-VALENCIA
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )    Case No. CR-F-04-5327 AWI
11                              )
        Plaintiff,              )    **STIPULATION TO CONTINUE**
12                              )    **HEARING ON MOTION TO**
                                     **SUPPRESS**
13      vs.                     )
                                )
14 JOSE MARIA VALENCIA-VALENCIA, )   Date: 11-21-05
   et al.,                      )   Time: 9:00 a.m.
15                              )   Room: 3
        Defendants.             )
16 _____)

17

18      It is stipulated and agreed between the parties that the

   hearing on Defendant Jose Maria Valencia-Valencia's Motion to
19
   Suppress currently set for Monday, October 24, 2005 be continued to
20
   Monday, November 21, 2005 at 9:00 a.m. in Department 3.  Defendant
21
   agrees to continue to waive time until that hearing.
22
        I hereby agree to the above stipulation.
23
   Dated: 10-19-05
24
                                    s/J.M. Irigoyen
25                                  _____
                                      J.M. Irigoyen
26                                    Attorney for Defendant
                                    Jose Maria Valencia-Valencia
27

28

                                    1

1      I hereby consent to the above stipulation.

2  Dated: 10-19-05

3                         s/ Laurel Montoya

4                         _____
                           Laurel Montoya
                           Assistant U.S. Attorney

5  IT IS SO ORDERED.

6  **Dated:   October 24, 2005**         **/s/ Anthony W. Ishii**

7  0m8i78                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28