McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-005327 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | HEARING AND ORDER THEREON |
| v. ) | |
| ) | |
| JOSE MARIA VALENCIA-VALENCIA, ) | |
| ) | DATE: November 21, 2004 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/trial setting hearing currently set for November 21, 2005 may be continued to **January 9, 2005 at 1:30 p.m.**  The continuance is necessary to insure the attendance of certain witnesses at the hearing on the motion to suppress.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

//
//
//
//
//
//
//

1 | effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
2 | 3161(h)(8)(B)(i).
3 | Dated: November 16, 2005                                McGREGOR W. SCOTT
                                                          United States Attorney
4 |
5 |                                                         By: /s/ Laurel J. Montoya
                                                          LAUREL J. MONTOYA
6 |                                                        Assistant U.S. Attorney
7 | Dated: November 16, 2005
8 |                                                         /s/ J.M. Irigoyen
                                                          J.M. IRIGOYEN
9 |                                                        Attorney for the Defendant
10 |
11 |                              ORDER CONTINUING HEARING DATE
12 |        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
13 | 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).
14 | IT IS SO ORDERED.
15 | **Dated:   November 18, 2005**                     **/s/ Anthony W. Ishii**
     0m8i78                                              UNITED STATES DISTRICT JUDGE

2