```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
JOSE MARIA VALENCIA-VALENCIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No: CR-F-04-5327 AWI |
|     Plaintiff/Respondent,   ) | |
|   v.                              ) | STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS |
| JOSE MARIA VALENCIA-VALENCIA,  ) | |
|     Defendant/Movant.         ) | |

It is stipulated and agreed between the parties in the above matter that the Suppression Hearing currently set for Monday, January 9, 2006 at 1:30 p.m. be continued to Monday January 23, 2006, at 1:30 p.m.

I hereby agree to the above stipulation.

Dated:

                                                        s/J.M. Irigoyen

                                        _____
                                               J.M. Irigoyen

1

```
1          I hereby consent to the above stipulation.
2     DATED:
                                      s/Laurel Montoya
3
                                   _____
4                                  Assistant U.S. Attorney
                                    Laurel Montoya
5

6                                   ORDER

7
      IT IS SO ORDERED.
8
      Dated:    January 9, 2006              /s/ Anthony W. Ishii
9     0m8i78                          UNITED STATES DISTRICT JUDGE
```