McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-005327 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING AND ORDER THEREON |
| v. | ) | |
| | ) | |
| JOSE MARIA VALENCIA-VALENCIA, | ) | |
| | ) | DATE: January 9, 2006 |
| Defendant. | ) | TIME: 1:30 p.m. |
| _____ | ) | JUDGE: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their

respective counsel, that the motions hearing currently set for January 9, 2006 may be continued to

**January 23, 2006 at 1:30 p.m.**   The continuance is necessary due to the unavailability of counsel

on the date presently set.

The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for

//

//

//

//

//

//

//

effective defense preparation and the resolution of pre-trial motions that are pending pursuant to

18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: January 5, 2006                          McGREGOR W. SCOTT
                                                United States Attorney


                                                By: /s/ Laurel J. Montoya
                                                LAUREL J. MONTOYA
                                                Assistant U.S. Attorney

Dated: January 5, 2006
                                                /s/ J.M. Irigoyen
                                                J.M. IRIGOYEN
                                                Attorney for the Defendant



                        ORDER CONTINUING HEARING DATE

        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).


IT IS SO ORDERED.

**Dated:    January 9, 2006**              _____ /s/ Anthony W. Ishii _____
0m8i78                                     UNITED STATES DISTRICT JUDGE