McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-005327 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING AND ORDER THEREON |
| v. | ) | |
| | ) | |
| JOSE MARIA VALENCIA-VALENCIA, | ) | |
| | ) | DATE: February 17, 2006 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/trial setting hearing currently set for February 17, 2006  may be continued to **March 1, 2006 at 9:00 a.m.**   The continuance is necessary due to a prior commitment on behalf of the court and counsel.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

//
//
//
//
//
//
//

1  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
2  3161(h)(8)(B)(i).

3  Dated: February 15, 2006                         McGREGOR W. SCOTT
                                                    United States Attorney

5                                                   By: /s/ Laurel J. Montoya
                                                    LAUREL J. MONTOYA
6                                                   Assistant U.S. Attorney

7  Dated: February 15, 2006

8                                                    /s/ J.M. Irigoyen
                                                     J.M. IRIGOYEN
9                                                    Attorney for the Defendant

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   February 17, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE