McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-005327 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING AND ORDER THEREON |
| v. | ) | |
| | ) | |
| JOSE MARIA VALENCIA-VALENCIA, | ) | |
| | ) | DATE: April 6, 2006 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/trial setting hearing currently set for April 6, 2006  may be continued to **April 24, 2006 at 3:00 p.m.**   The continuance is necessary due to the unavailability of defense counsel as counsel expects to be in trial on the date currently set.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

//
//
//
//
//
//
//

1 | effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
2 | 3161(h)(8)(B)(i).

Dated: April 3, 2006                                McGREGOR W. SCOTT
                                                    United States Attorney

                                                    By: /s/ Laurel J. Montoya
                                                    LAUREL J. MONTOYA
                                                    Assistant U.S. Attorney

Dated: April 3, 2006

                                                    /s/ J.M. Irigoyen
                                                    J.M. IRIGOYEN
                                                    Attorney for the Defendant

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   April 5, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2